(136 So. 845)

**Talmage BEVERETT v. STATE.**

**4 Div. 588.**

Supreme Court of Alabama.

Oct. 8, 1931.

Sollie & Sollie, of Ozark, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of Talmage Beverett for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Beverett v. State, 136 So. 843.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN and FOSTER, JJ., concur.